IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEWEL DEL MAR MOORE | ) | CIVIL 18-00159 LEK-KSC |
|     Plaintiff, | ) | |
| | ) | |
|   vs. | ) | |
| | ) | |
| KAILUA KONA PROPERTIES, LLC, | ) | |
| U.S. BANK, and MICHAEL H. | ) | |
| SCHLUETER, | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER DISMISSING CASE WITH PREJUDICE**

On May 1, 2018, pro se Plaintiff Jewel Del Mar Moore ("Plaintiff") filed her Complaint and Request for Injunction ("Complaint") and an Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"). [Dkt. nos. 1, 2.] On May 10, 2018, this Court issued an order dismissing the Complaint, with leave to amend, and denying the Application ("5/10/18 Order"). [Dkt. no. 6.] The 5/10/18 Order gave Plaintiff until June 25, 2018 to file an amended complaint that cured the defects identified in the 5/10/18 Order. [5/10/18 Order at 9.]

On June 25, 2018, Plaintiff requested an extension of the deadline, and this Court granted an extension to August 6, 2018. [Dkt. nos. 7 (letter request), 8 (entering order granting request).] Plaintiff submitted a letter dated July 29, 2018, asking this Court to reinstate her original Complaint. [Dkt. no. 10.] On August 1, 2018, this Court issued an entering order

("8/1/18 EO") denying Plaintiff's request to reinstate the original Complaint, but extending the deadline for Plaintiff to file her amended complaint to October 1, 2018. [Dkt. no. 11.]

Because Plaintiff has neither filed an amended complaint nor requested an extension of the October 1, 2018 deadline, this Court has the discretion to dismiss the Complaint with prejudice. See Yourish v. Cal. Amplifier, 191 F.3d 983, 988 (9th Cir. 1999) (holding that the plaintiff's failure to comply with a minute order setting forth the deadline to file the amended complaint gave the district court the discretion to dismiss the case under Fed. R. Civ. P. 41(b)).[1] After weighing the five dismissal factors set forth in Dreith v. Nu Image, Inc., 648 F.3d 779, 788 (9th Cir. 2011),[2] this Court finds that the public interest in the expeditious resolution of this litigation and this Court's interest in managing the docket strongly

---

[1] Fed. R. Civ. P. 41(b) states, in pertinent part: "If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."

[2] The Ninth Circuit has

> identified five factors that a district court must consider before dismissing a case . . . : (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the other party; (4) the public policy favoring the disposition of cases on their merits; and (5) the availability of less drastic sanctions.

Dreith, 648 F.3d at 788 (citations and quotation marks omitted).

outweigh the policy favoring disposition of cases on the merits. Moreover, the defendants will not be prejudiced by dismissal because Plaintiff did not serve the Complaint, and there are no less drastic alternatives available at this time.

Plaintiff's Complaint, which this Court previously dismissed without prejudice, is HEREBY DISMISSED WITH PREJUDICE. This Court DIRECTS the Clerk's Office to close the case on **October 30, 2018**, unless Plaintiff files a timely motion for reconsideration of this Order as provided for in the Local Rules of Practice for the United States District Court for the District of Hawaii.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, October 19, 2018.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**JEWEL DEL MAR MOORE VS. KAILUA KONA PROPERTIES, LLC, ET AL; CIVIL 18-00159 LEK-KSC; ORDER DISMISSING CASE WITH PREJUDICE**